■ TRUST MORTGAGE, LLC, Appellant, v PETER ANDREWS et al., Respondents, et al., Defendant. [61 NYS3d 898]—

Orders, Supreme Court, New York County (Eileen A. Rakower, J.), entered December 1, 2015, which, for the reasons stated on the hearing record, granted the motion of defendants Peter Andrews, Gregory Palmer a/k/a Greg Palmer, DBI Coinvestment Fund VIII, LLC, DBI Coinvestor Fund VIII LLC and Dreambuilder Investments, LLC to have their late-filed answer deemed timely, and denied plaintiff's motion for a default judgment, unanimously affirmed, without costs.

As it is clear from the record that defendants intended to contest this matter, and in fact submitted two answers, albeit with technical defects, prior to plaintiff filing the amended complaint, and in light of the lack of prejudice caused to plaintiff by defendants' brief delay in answering the amended complaint, Supreme Court did not abuse its discretion in granting the cross motion to compel plaintiff to accept service of the late answer (*see Artcorp Inc. v Citirich Realty Corp.*, 140 AD3d 417 [1st Dept 2016]). We have considered appellant's remaining contentions and find them unavailing. Concur—Acosta, P.J., Friedman, Webber, Oing and Moulton, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HARRY HICKS, Appellant. [61 NYS3d 898]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, New York County (Gregory Carro, J.), rendered on or about March 4, 2015, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Manzanet-Daniels, J.P., Mazzarelli, Moskowitz, Kahn and Kern, JJ.